# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TUCKER GINN,

   Petitioner

    v.

KEVIN KAUFFMAN, SUPERINTENDENT
OF S.C.I. HUNTINGDON, ET AL.,

   Respondents

:   No. 13 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 17th day of May, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.